People v Jaaber (2024 NY Slip Op 00086)

People v Jaaber

2024 NY Slip Op 00086

Decided on January 10, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
ROBERT J. MILLER
LARA J. GENOVESI
DEBORAH A. DOWLING, JJ.

2020-02460
2020-02461

[*1]The People of the State of New York, respondent, 
v
Jallah Jaaber, appellant. (Ind. Nos. 2542/18, 1535/19) Patricia Pazner, New York, NY (Alice R. B. Cullina of counsel), for appellant.

Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Danielle M. O'Boyle of counsel; Gianna Gambino on the brief), for respondent.

DECISION & ORDER
Appeals by the defendant from two judgments of the Supreme Court, Queens County (John F. Zoll, J.), both rendered January 31, 2020, convicting him of grand larceny in the fourth degree under Indictment No. 2542/18, and robbery in the third degree under Indictment No. 1535/19, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgments are modified, on the law and as a matter of discretion in the interest of justice, by vacating the imposition of mandatory surcharges and fees; as so modified, the judgments are affirmed.
As consented to by the People, and pursuant to the exercise of our interest of justice jurisdiction, we modify the judgments by vacating the surcharges and fees imposed on the defendant at sentencing (see CPL 420.35[2-a][c]; People v Johnson, 193 AD3d 1076, 1077).
CONNOLLY, J.P., MILLER, GENOVESI and DOWLING, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court